1

2 #

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RAQUEL MARTINEZ DIAZ and VIACHESLAV POLIAKOV, | NO. |
| Plaintiffs, | |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, RONALD D. VITIELLO, Deputy Director and Acting Director of U.S. Immigration and Customs Enforcement, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, KIRSTJEN NIELSEN, Secretary of Homeland Security; and CYNTHIA MUNITA, Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement, BRYAN WILCOX, Deputy Field Office Director for the Seattle Field Office of ICE, WILLIAM PANALOZA, Assistant Field Office Director for Detention in the Seattle Field Office of ICE, | DECLARATION OF RACHEL MARTINEZ DIAZ |
| Defendants. | |

Declaration of Raquel Martinez Diaz

Page 1

Y. Junga Subedar, WCRP
P.O. Box 2444
Bellingham, WA 98227

Law Office of Edward S. Alexander, P.S.
114 W. Magnolia, Ste. 400, Bellingham, WA 98229
Tel: 360-392-2872
Email:Edward@ESALawOffice.com

#                                               #                                               #

I, Raquel Martinez Diaz, declare as follows,

1. I am a citizen of Mexico. I am currently detained at the Northwest Detention Center in Tacoma, Washington. The Northwest Detention Center is run by a company called GEO. I have been in this detention center since on or around August 23, 2018. During this time, I have been in Cell Block Number D-2 with approximately 32 other women.

2. Before August 30, 2018, I heard from another person there was a hunger strike happening. I heard other people here and in other detention centers were doing a hunger strike because they wanted detention centers to be closed. I realized if there were no detention centers, ICE would not grab people and jail them here. I thought, I want to support them in this. I began speaking to other women in my cell block about supporting the other Latinos in their hunger strike.

3. Beginning on the morning of August 30, 2018, I stopped eating. Since that time, I have eaten just one slice of bread and I've taken my medication for backpain. That morning, the guards at the food cart noticed I did not take my food tray. They asked me if I would eat, and I said no thank you. The guard asked me my name and A number and made a note. Then, the guard gave the food on my tray to other people. I have never seen the guards give extra food to

Y. Junga Subedar, WCRP
P.O. Box 2444
Bellingham, WA 98227

Law Office of Edward S. Alexander, P.S.
114 W. Magnolia, Ste. 400, Bellingham, WA 98229
Tel: 360-392-2872
Email:Edward@ESALawOffice.com

people before—they are usually very strict that each person only gets the food on their tray. Usually, if there is any food left over on the cart, the guards will bring it back to the kitchen.

4.   On or around September 2 or 3, 2018, ten other women in my cell block also decided to begin a hunger strike. We are separated from our children, who are being unjustly punished for our actions. The ten other women and I would please like GEO, ICE, and people outside to give us a chance to live legally in this country and prove that we can be good citizens, integrated in society. We are very afraid of being deported to the violence of our countries, where we fear being killed and we fear our children will be victims of violence. We hope the hunger strike will please help us get reunited with our children, be given our freedom, and to please be given the chance to live safely in this country. If this were possible, we would be very grateful.

5.   On or around September 2 or 3, 2018, a guard noticed many of us refusing our food, and said to the whole block in English saying basically, "if you go on a hunger strike, you will not gain anything. I've seen other people do hunger strikes and nothing happens. You will get sick. We will take you to solitary confinement and we will take you to a judge who will order you to be force fed you through a tube in your nose. Those of you who are going to stop

Declaration of Raquel Martinez Diaz

Page 3

Y. Junga Subedar, WCRP
P.O. Box 2444
Bellingham, WA 98227

Law Office of Edward S. Alexander, P.S.
114 W. Magnolia, Ste. 400, Bellingham, WA 98229
Tel: 360-392-2872
Email:Edward@ESALawOffice.com

1  eating, just stop eating. Don't tell other people to stop eating." I heard the guard

2  say the English word "writeup," but I'm not sure if she was talking about what

3  would happen if we did a hunger strike or if it was for encouraging others to

4  join.

5

6       6.  A "writeup" means that you're causing problems. It goes into your file,

7  and I understand it goes to the director. It can cause problems with my

8  immigration case.

9       7.  After the guard said that, most of the other women who had decided

10  to do the hunger strike took food and started eating. Just three of us decided not

11  to eat. One woman began fasting, and another woman who has health concerns,

12  decided to only eat the final meal each day.

13

14       8.  The guards are no longer writing down my name and number when I

15  do not eat. They are not distributing my food amongst the others.

16       9.  I still believe the demands of the women in this cell block are worth

17  bringing to public attention, which we can best do and express by joining

18  together in the hunger strike. What the guard told all of us on or around

19  September 2 or 3, 2018 caused most of the other women to fear continuing with

20  the hunger strike. I respectfully request the assistance of the court so that we

21  can continue in this protest.

22

23

Declaration of Raquel Martinez Diaz

Page 4

Y. Junga Subedar, WCRP
P.O. Box 2444
Bellingham, WA 98227

Law Office of Edward S. Alexander, P.S.
114 W. Magnolia, Ste. 400, Bellingham, WA 98229
Tel: 360-392-2872
Email:Edward@ESALawOffice.com

1    10.  I am over the age of 18, have personal knowledge of the matters

2   herein and am competent to testify in this case.  I declare under penalty of

3   perjury of the laws of the United States of America and the State of Washington

4   that the foregoing is true and correct.

5

6    EXECUTED this _8_ day of _September_, 2018, at Tacoma, WA.

7

8    _Raquel Mtz_

9    Raquel Martinez Diaz

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Y. Junga Subedar, WCRP
P.O. Box 2444
Bellingham, WA 98227

Law Office of Edward S. Alexander, P.S.
114 W. Magnolia, Ste. 400, Bellingham, WA 98229
Tel: 360-392-2872
Email:Edward@ESALawOffice.com